FILED
CLERK, U.S. DISTRICT COURT

JUN 1 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FAOUR ABDALLAH FRAIHAT,

        Petitioner,

        v.

ROBERT R. RILLIAMAS, et al.,

        Respondent.

        Case No. EDCV 07-1687-VAP (JTL)

        **J U D G M E N T**

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that the First Amended Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 6/14/08

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE